IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL SCOTT                                                                                              PLAINTIFF

v.                                                   3:10CV00007HLJ

DICK BUSBY et al.                                                                                      DEFENDANTS

## ORDER

By Order dated January 20, 2010 (DE #3), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint, in which he adds Regina Long as a defendant (DE #5). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Busby, Boyd, Bonner and Regina Long. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #5) and summons on defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 19th day of February, 2010.

_____
United States Magistrate Judge

1