IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL SCOTT                                              PLAINTIFF

v.                                    3:10CV00007SWW/HLJ

DICK BUSBY, et al                                          DEFENDANTS

<u>ORDER</u>

The Court has received  proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr..  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendant Crittenden County Detention Facility is hereby dismissed from plaintiff's complaint.


IT IS SO ORDERED this 8th day of March 2010.


                                            /s/Susan Webber Wright
                              UNITED STATES DISTRICT JUDGE