## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MICHAEL SCOTT,
ADC #110101                                                                                       PLAINTIFF

v.                                          3:10-cv-00007-JTK

DICK BUSBY, et al.                                                                            DEFENDANTS

### **ORDER**

In response to the Court's Order of July 20, 2010 (Doc. No. 41), and in anticipation of the Pre-Jury Evidentiary Hearing scheduled at 9:30 a.m., May 16, 2011, at the Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Courtroom 4B, Little Rock, Arkansas, the Plaintiff has submitted a request for four witnesses (Doc. No. 43). Noting that the Pre-Jury Evidentiary Hearing to be conducted is limited in scope, I find that the requested witnesses should be denied.

The Arkansas Department of Correction (ADC) is hereby directed to ensure the Plaintiff's attendance at the hearing, together with a copy of Plaintiff's medical records.

The Clerk of the Court is directed to forward a copy of this Order to the Arkansas Department of Correction Central Transportation/Medical Services, 7203 West 7th Street, Pine Bluff, AR 71603.

IT IS SO ORDERED this 27th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE