**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MICHAEL SCOTT                                                                                       PLAINTIFF
ADC #110101

v.                                                  3:10-cv-00007-JTK

DICK BUSBY, et al.                                                                              DEFENDANTS

## ORDER

Defendants' Motion for a Continuance of the May 16, 2011 Pre-Jury Evidentiary Hearing (Doc. No. 53) is GRANTED.

Defendants' Motion for Leave to File a Motion for Summary Judgment (Doc. No. 53) is GRANTED. Defendants shall file such Motion within thirty days of the date of this Order.

The April 27, 2011 Transportation Order is hereby CANCELLED.

IT IS SO ORDERED this 10th day of May, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE